IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /0 ___ D.C.

05 MAY 16 PM 6: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,                    *

     Plaintiff,                    *

                         *

vs.                    No. 04-20476-D

                         *

APRIL VEACH,                    *

     Defendant.                    *

                         *

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of

defendant, APRIL VEACH, currently set for May 20, 2005, is hereby GRANTED, and the

sentencing is hereby reset to July, 20 , 2005, at 1:30 PM .

DONE at Memphis, Tennessee, this 16 day of May, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED:

Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-17-05

96

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CR-20476 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT